JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NISHAN SINGH,

          Petitioner,

     v.

JAMES JANECKA, et al.,

          Respondents.

Case No. EDCV 26-2379-PVC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents are ordered to:

1) release Petitioner immediately under the same conditions as he was released prior to his re-detention;

2) file a Notice of Compliance on or before **May 17, 2026**, attesting to Respondents' compliance with this Order;

3) not re-detain Petitioner absent notice and a hearing before an immigration judge at which the government must justify his detention by clear and

convincing evidence that he is a danger or a flight risk.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 15, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2